No. 231. ELMER H. DUFFIELD, APPELLANT, *v.* HENRY F. ASHURST, AS DISTRICT ATTORNEY, ETC. Appeal from the Supreme Court of the Territory of Arizona. Argued April 26, 1912. Decided April 29, 1912. *Per Curiam.* Appeal dismissed with costs. *United States ex rel. Warden* v. *Chandler,* 122 U. S. 643; *Bernardin* v. *Butterworth,* 169 U. S. 600; *Security Mutual Life Insurance Co.* v. *Prewitt,* 200 U. S. 446, 449, and cases cited, and cause remanded to the Supreme Court of the State of Arizona. *Mr. T. J. Norton, Mr. Gardiner Lathrop,* and *Mr. Robert Dunlap* for the appellant. *Mr. Edward M. Doe* for the appellee.

---

No. 294. THE COALGATE COMPANY, PLAINTIFF IN ERROR, *v.* J. W. HURST, AS ADMINISTRATOR OR TRUSTEE, ETC. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted April 29, 1912. Decided May 13, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. *Wabash Railroad Company* v. *Flannigan,* 192 U. S. 29, 38; *United States* v. *Pridgeon,* 153 U. S. 48, 53, 54; *Shoshone Mining Co.* v. *Rutter,* 177 U. S. 505, 508; *Re Moran,* 203 U. S. 96, 104. *Mr. Arthur G. Moseley* for the plaintiff in error. *Mr. James R. Wood* for the defendant in error.